IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KIMBERLY SULLIVAN,

    Plaintiff,

v.

METROPOLITAN LIFE
INSURANCE COMPANY,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-254-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Kimberly Sullivan against defendant Metropolitan Life Insurance Company granting plaintiff's motion for summary judgment and reinstating her long-term disability benefits.

_____       _3/31/11_____
Peter Oppeneer, Clerk of Court                  Date